■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD JOHNSON, Appellant. [713 NYS2d 482] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 17, 1998 (*People v Johnson,* 253 AD2d 577), affirming a sentence of the Supreme Court, Kings County, imposed September 11, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Ritter, Santucci, S. Miller and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS MALIK, Appellant. [713 NYS2d 483] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 20, 1995 (*People v Malik,* 221 AD2d 567), affirming a judgment of the Supreme Court, Richmond County, rendered November 6, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, J. P., S. Miller, Altman and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SINCERE MCKINLEY, Also Known as CHARLES ATKINS, Appellant. [713 NYS2d 485] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 17, 1986 (*People v McKinley,* 124 AD2d 752), affirming a judgment of the Supreme Court, Queens County, rendered November 26, 1984.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Thompson, Sullivan and Friedmann, JJ., concur.